

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00013-CV

| | | |
|---|---|---|
| MAXIE D. GREEN D/B/A A TO Z BAIL BONDS, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (190,340-A) |
| | § | December 2, 2021 |
| V. | § | Memorandum Opinion by Chief Justice Sudderth |
| | § | |
| | § | Concurring Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS, Appellee | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Maxie D. Green d/b/a A to Z Bail Bonds shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
        Chief Justice Bonnie Sudderth